BURRILLVILLE SCHOOL COMMITTEE

v.

Annette CARON.

No. 80–103–M.P.

Supreme Court of Rhode Island.

April 24, 1980.

Gorham & Gorham, John Gorham, Edmund L. Alves, Jr., Providence, for petitioner.

S. Arlene Violet, Providence, for respondent.

ORDER

The petition for writ of certiorari is denied.

CUMBERLAND SCHOOL COMMITTEE

v.

RHODE ISLAND STATE LABOR RELATIONS BOARD et al.

No. 80–135–M.P.

Supreme Court of Rhode Island.

April 24, 1980.

Manning, West, Santaniello & Pari, V. James Santaniello, Providence, for petitioner.

Natale L. Urso, Thomas J. Liguori, Jr., Westerly, Vincent F. Kane, Providence, for respondents.

ORDER

The petition for writ of certiorari is granted.

Anthony GEORGE et al.

v.

OAKHURST REALTY, INC., et al.

No. 78–212–A.

Supreme Court of Rhode Island.

April 24, 1980.

Adolph N. Anderson, Jr., Providence, for plaintiffs.

John H. Hines, Jr., Providence, for Oakhurst Realty, Inc. Selya & Iannuccillo, Inc., Martin L. Greenwald, Providence, for Downing Associates, Inc.

ORDER

The motion of defendant Oakhurst Realty, Inc. to remand this case to the Superior Court for hearing on the merits as prayed is denied.